**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 8 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-CV-1598-OES
**(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)**

JEFF H. WILLIAMSON,

Plaintiff,

v.

UNITED STATES OF AMERICA,
PORTER GOSS,
JIM WALTON,
JONATHON KLEIN,
RUDI BAKHTIAL,
MIKE GALANAS,
DR. CHUNG HWAN,
TOM CURLEY,
ROBERT IGER,
BOB WRIGHT,
LESLIE MOONVES,
ROGER AILES,
UNKNOWN CENTRAL INTELLIGENCE AGENCY CIA AGENTS, AGENT PROVAUTUERS, HOSTILE THIRD PARTIES AND INFORMANTS, and
OTHER UNNAMED PAST, PRESENT, OFFICIALS, REPRESENTATIVES, AGENTS, PRIVATE CONSULTANTS OF UNITED STATES AND THE MEDIA,

Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, a Motion to Waive Photocopy Charges for Plaintiff and Provide Service of Process for Plaintiff, and a Complaint. The court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies,

the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:

(1) __ is not submitted
(2) __ is not on proper form (must use the court's current form)
(3) __ is missing original signature by Plaintiff
(4) __ is missing affidavit
(5) __ affidavit is incomplete
(6) __ affidavit is not notarized or is not properly notarized
(7) __ names in caption do not match names in caption of complaint, petition or application
(8) __ An original and a copy have not been received by the court. Only an original has been received.
(9) __ other ____________________

**Complaint or Petition**:

(10) __ is not submitted
(11) __ is not on proper form (must use the court's current form)
(12) __ is missing an original signature by the Plaintiff
(13) __ is incomplete
(14) __ uses et al. instead of listing all parties in caption
(15) __ An original and a copy have not been received by the court. Only an original has been received.
(16) X Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) X names in caption do not match names in text
(18) __ other ____________________

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following forms: Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice. It is

FURTHER ORDERED that Plaintiff's "Motion to Waive Photocopy Charges for Plaintiff" is denied. It is

FURTHER ORDERED that Plaintiff's "Motion to Provide Service of Process" also is denied pending further review of the merits of Plaintiff's Complaint.

DATED at Denver, Colorado, this 18 day of August, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-CV-1598

Jeff H. Williamson
5799 W. Colfax Ave.
Lakewood, CO 80214

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Complaint** to the above-named individuals on 8-18-05

GREGORY C. LANGHAM, CLERK

By: ______________________
Deputy Clerk