IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01598-OES

JEFF H. WILLIAMSON,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
PORTER GOSS,
UNKNOWN CENTRAL INTELLIGENCE AGENCY CIA AGENTS, AGENT
      PROROCUTUERS [sic], HOSTILE PARTIES AND INFORMANTS,
JIM WALTON,
JONATHON KLEIN,
RUDI BAKHTIAR,
MIKE GALANOS,
DR. CHUNG HWAN,
TOM CURLEY,
ROBERT IGER,
BOB WRIGHT,
LESLIE MOONVES,
ROGER AILES, and
OTHER UNNAMED PAST, PRESENT, OFFICIALS, REPRESENTATIVES, AGENTS,
PRIVATE CONSULTANTS OF UNITED STATES AND THE MEDIA,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 21 2005

GREGORY C. LANGHAM
CLERK

## SECOND ORDER TO CURE DEFICIENCIES

On August 18, 2005, the Court directed Plaintiff to submit sufficient copies to the Court for the purpose of service and to correct the Complaint so that the names in the caption and the names listed in the text of the Complaint match. As opposed to providing the copies and submitting a corrected complaint form, Plaintiff filed a document titled "Answer to Order Directing Plaintiff to Cure Deficiency."

In the Answer, Plaintiff states that he is unable to pay the cost of providing copies of the Complaint. He asks that the Court to provide the copies and bill him monthly for the cost of the copies until the total amount is paid. Mr. Williamson also, in the Answer, attempts to correct the Complaint without submitting a new complaint form, by stating that the names in the caption should be the same as the names listed in the text and listing the names.

As for the provision of copies, per the Local Rules of Practice of the United States District Court for the District of Colorado, Appendix C, the charge for reproduction of any paper is $.50. The payment for copying must be received in advance of the copying services being done.

With respect to the corrections Plaintiff asks the Court to incorporate, regarding the Complaint, a corrected complaint form is required. Mr. Williamson was sent a complaint form on which to correct the deficiencies and to submit to the Court. Accordingly, it is

ORDERED that Mr. Williamson's request, filed August 23, 2005, that the Court make the necessary copies of his Complaint for the purpose of service and bill him monthly for the cost, is denied. It is

FURTHER ORDERED that Mr. Williamson again is directed to cure the deficiencies as noted in the Court's September 18 Order to Cure. It is

FURTHER ORDERED that the Clerk of the Court note on the Docket Mr. Williamson's new address as stated on Page Two of his September 16, 2005, filing. It is

FURTHER ORDERED that Mr. Williamson shall have thirty days from the date of the instant Order to comply with the Court's September 18 Order to Cure. It is

FURTHER ORDERED that if Mr. Williamson fails to file an original and sufficient copies of a corrected Complaint form that complies with the August 18, 2005, Order, to the Court's satisfaction, within thirty days, the action will be dismissed without further notice. It is

FURTHER ORDERED that Mr. Williamson's Motion for an extension of time, filed September 16, 2005, is denied as moot.

DATED at Denver, Colorado, this __21__ day of __September__, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01598-OES

Jeff H. Williamson
Prisoner No. 200500011768
Adams County Det. Facilty
PO Box 5001  – E-399
Brighton, CO 80601-5001

I hereby certify that I have mailed a copy of the     **ORDER** to the above-named individuals on 9/21/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk